**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 25-1739**

─────────────

UNDER SEAL 1,

        Petitioner - Appellant,

    v.

UNDER SEAL 2,

        Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Kenneth D. Bell, District Judge.  (5:25-mc-00001-KDB-DCK)

─────────────

Submitted:  October 16, 2025               Decided:  October 20, 2025

─────────────

Before KING, AGEE, and RICHARDSON, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Under Seal 1, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Under Seal 1 appeals the district court's June 20, 2025, order.  We have reviewed the record and find no reversible error.  Accordingly, we deny Under Seal 1's motion to impose sanctions and affirm the district court's order.  *Under Seal 1 v. Under Seal 2*, No. 5:25-mc-00001-KDB-DCK  (W.D.N.C.  June 20,  2025).   We  dispense  with  oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.[*]

*AFFIRMED*

---

[*] Given the heavy burden to seal judicial records, *see*, *e.g., United States ex rel. Oberg v. Nelnet, Inc.*, 105 F.4th 161, 171 (4th Cir. 2024), we direct that the documents in this appeal be unsealed twenty days after this opinion is issued.  If a valid justification exists for sealing some portion of the materials, then we invite the parties to file a motion addressing the issue within the twenty-day period.